**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 1 MAL 2024

            Respondent              :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

             v.                           :

                                       :

OMAR POWELL,                            :

            Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.